10,106-15

DATE: December 15, 2015

TO: CLERK, ABEL ACOSTA
     COURT OF CRIMINAL APPEALS
     P.O. BOX 12308
     CAPITOL STATION
     AUSTIN, TX. 78701

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 17 2015

Abel Acosta, Clerk

DEAR MR. ACOSTA:
   PLEASE FIND ENCLOSED FOR FILING THE ORIGINAL COPY OF THE "RELATOR'S MOTION FOR LEAVE OF COURT TO FILE A WRIT OF MANDAMUS,"
   YOUR RESPONSE IN CONTACTING ME WHEN THE COURT HAS RECEIVED AND FILED THIS PETITION WILL BE HIGHLY APPRECIATED. THANK YOU.

                          SINCERELY,
                          Paul E. Archie
                          MR. PAUL E. ARCHIE
                          PRO-SE RELATOR

CC: FILE
CC: MR. CHRIS DANIEL
     HARRIS COUNTY DISTRICT CLERK
     P.O. BOX 4651
     HOUSTON, TX. 77210-4651

- A -

IN THE 230TH JUDICIAL DISTRICT
COURT OF HARRIS COUNTY TEXAS

PAUL E. ARCHIE
           RELATOR

      VS                                    NO. 512624-G

CHRIS DANIEL
HARRIS COUNTY DISTRICT CLERK
           RESPONDENT

RELATOR'S MOTION FOR LEAVE TO FILE A WRIT
           OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT;

      COMES NOW, PAUL E. ARCHIE, RELATOR PRO SE IN
THE ABOVE STYLED AND NUMBERED CAUSE AND FILES
HIS ORIGINAL "RELATOR'S MOTION FOR LEAVE TO FILE
A WRIT OF MANDAMUS," PURSUANT TO ART. 11.07 SEC. 3
(3) OF THE CODE OF CRIMINAL PROC. FOR GOOD CAUSE
SHOWN THE RELATOR MOVES AS FOLLOWS:

                  I.

      ON 8/24/15 THE RELATOR FILED HIS ORIGINAL HABEAS
CORPUS IN THE 230TH JUDICIAL DISTRICT COURT OF HAR-
RIS COUNTY, TEXAS. ON THE 5TH DAY OF OCTOBER 2015
THE STATE FILED IT'S ORIGINAL ANSWER. ON THE 7TH
DAY OF OCTOBER 2015 THE TRIAL COURT ENTERED IT'S "STATE

-1-

PROPOSED ORDER DESIGNATING ISSUES AND FOR FILING AFFIDAVIT," THE TRIAL COURT ORDERED THE OFFICE OF THE GENERAL COUNSEL TO FILE A AFFIDAVIT WITH THE POST CONVICTION DIVISION IN HOUSTON, TEXAS WITHIN THIRTY DAYS OF THE SIGNING OF THAT ORDER. THE DEADLINE FOR THE GENERAL COUNSEL WAS 11/18/15 WHICH THE RELATOR RECEIVED ON 11/18/15. THE TRIAL COURT'S DEADLINE TO ANSWER WAS 12/4/15. THE TRIAL COURT IS ALLOWED 20 DAYS TO DETERMINE WHETHER THE APPLICATION CONTAINS ALLEGATIONS OF CONTROVERTED, PREVIOUSLY UNRESOLVED FACTS MATERIAL TO THE LEGALITY OF THE APPLICANT'S CONFINEMENT. ARTICLE 11.07 3 (c) OF THE CODE OF CRIMINAL PROCEDURE.

## II.

ARTICLE 11.07 DOES NOT AUTHORIZE THE TRIAL COURT TO EXTEND THE TIME LIMITATIONS IMPOSED BY THE STATUTE, OTHER THAN THE TIMELY ENTRY OF AN ORDER DESIGNATING ISSUES. MCCREE V HAMPTON, 824 S.W. 2d 578 WITHOUT A TIMELY ENTRY OF AN ORDER DESIGNATING ISSUES, ART. 11.07 IMPOSES A DUTY UPON THE CLERK OF THE TRIAL COURT TO IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL APPEALS. THE RECORD FROM THE APPLICATION FOR A WRIT OF HABEAS CORPUS, DEEMING THE TRIAL COURT'S INACTION A FINDING THAT NO ISSUES OF FACT REQUIRE FURTHER RESOLUTION ART. 11.07 3 (c). THE DISTRICT CLERK HAS NO AUTHORITY TO CONTINUE

-2-

TO HOLD RELATOR'S HABEAS. MARTIN v HAMLIN, 25 S.W. 3d 718

## III.

## CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, PAUL E. ARCHIE PRAY THAT THIS HONORABLE COURT ISSUE A ORDER FINDING THAT THE (30) DAYS HAS EXPIRED FOR THE TRIAL COURT TO ENTER IT'S ORDER DESIGNATING ISSUES AND ORDER EITHER THE TRIAL COURT ENTER IT'S ORDER AND ORDER THE CLERK TO TRANSMIT HIS APPLICATION TO THE COURT OF CRIMINAL APPEALS.

RESPECTFULLY SUBMITTED,

*Paul E. Archie*

MR. PAUL E. ARCHIE
PRO-SE RELATOR

## IIII.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE "RELATOR'S MOTION FOR LEAVE TO FILE A WRIT OF MANDAMUS" WAS SERVED ON THE 15 DAY OF December 2015 BY PLACING A COPY OF THE SAME IN THE U.S. MAIL ADDRESSED TO: CHRIS DANIEL HARRIS COUNTY DISTRICT CLERK, P.O. BOX 4651, HOUSTON TX 77210

*Paul E. Archie*

MR. PAUL E. ARCHIE